May 15, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

RICHARD LEE TORRES, Appellant

NO. 14-11-00750-CV                    V.

ROBERT CLARK, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, ROBERT CLARK, signed June 20, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We further order this decision certified below for observance.